IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VINCENZO A. SALERNO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MEGA PACKAGE STORE, LLC,<br><br>　　　　　Defendant. | CIVIL NO. 1:17-CV-4632 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, acting through their counsel of record and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), having entered into a negotiated settlement, hereby stipulate to dismissal with prejudice of this action.

Respectfully submitted this 22nd day of March, 2018.

| | |
|---|---|
| /s/ Jonathan H. Fain | /s/ Lisa D. Taylor |
| Jonathan H. Fain | Lisa Durham Taylor |
| Georgia Bar. No. 254114 | Georgia Bar No. 235529 |
| **PebLaw, P.C.** | lisa@durhamtaylor.com |
| 66 Lenox Pointe, N.E. | **DURHAM TAYLOR LLC** |
| Atlanta, Georgia 30324 | 1650 Whippoorwill Road |
| TEL: 404-484-0270 | Watkinsville, Georgia  30677 |
| FAX: 866-615-0525 | Telephone:  (770) 235-1117 |
| Email: law@peblawpc.com | Facsimile:  (706) 478-6797 |
| Attorney for Defendant | Attorney for Plaintiff |

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing Joint Stipulation of Dismissal with Prejudice using the Court's CM/ECF system, which will automatically effect service of the same on all counsel of record.

Date:  March 22, 2018

                                              /s/ Lisa D. Taylor
                                              Lisa D. Taylor
                                              Georgia Bar No. 235529
                                              Durham Taylor LLC